RECEIVED
DEC - 1 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALVIN J. GALLOW<br>LA. DOC #416280<br>VS. | CIVIL ACTION NO. 09-1127<br><br>SECTION P<br><br>JUDGE DOHERTY |
| STEVE RADER, WARDEN | MAGISTRAGE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE